LEAF *v.* STUBBS. WALLACE & SUTKER *v.* STUBBS.

WEITZ *v.* STUBBS. WOOD *v.* STUBBS. RAUZIN *v.* STUBBS.

EVANS, P. J. These cases are controlled by the opinion this day rendered in the case of *Eliopolo* v. *Stubbs.*

*Judgments affirmed. All the Justices concur.*
JUNE 25, 1915.

The description of the next preceding case applies here.